1   **CAROL ANN MOSES #164193**
    Attorney at Law
2   545 East Alluvial, Ste. 112
    Fresno, California 93720
3   Telephone: (559) 449-9069
    Facsimile: (559) 449-9016
4

5   Attorney for Defendant, MICHAEL HRIZUK

6

7

8                       UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )    CASE NO. 6:07-mj-00148-WMW
                                       )
11                                     )
                                       )    WAIVER OF DEFENDANT'S
12                    Plaintiff,       )    PERSONAL APPEARANCE
                                       )
13  vs.                                )
                                       )
14  MICHAEL HRIZUK,                    )
                                       )
15                    Defendant.       )
                                       )
16  _____   )

17      TO THE ABOVE-ENTITLED COURT:

18          The Defendant MICHAEL HRIZUK, having been advised of his right to be present at all

19  stages of proceedings, including, but not limited to, presentation of and arguments on questions

20  of fact and law, and to be confronted by and to cross-examine all witnesses, hereby waives the

21  right to be present at the hearing of any motion or other proceeding in this cause.  Examples of

22  hearings concerning which the defendant waives the right to be present include when the case is

23  set for trial, when a continuance is ordered, when a motion to set aside an indictment is heard,

24  during a plea or change of plea, during sentencing or any case disposition, when a motion for

25  reduction of bail or for a personal recognizance release is heard.

26          The undersigned Defendant requests the Court to proceed during every absence of the

27  Defendant that the Court may permit pursuant to this waiver, and hereby agrees that his interest

28  is represented at all times by the presence of his attorney the same as if the Defendant were

1  personally present in court, and further agrees that notice to Defendant's attorney that

2  Defendant's presence in court on a particular day at a particular time is required is notice to the

3  Defendant of the requirement of Defendant's appearance at that time and place.

4

5  Dated: July 31, 2007

                                  By:   /s/ Michael Hrizuk

6                                            MICHAEL HRIZUK

7  Dated: July 28, 2007

8                                    By:   /s/ Carol Ann Moses

9                                            CAROL ANN MOSES
                                             Attorney for Defendant,
                                           MICHAEL HRIZUK

10  IT IS SO ORDERED.

11  **Dated:    August 1, 2007**       **/s/  William M. Wunderlich**
                                              UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WAIVER OF DEFENDANT'S PERSONAL APPEARANCE