1  **CAROL ANN MOSES #164193**
   Attorney at Law
2  545 East Alluvial, Suite 112
   Fresno, California 93720
3  Telephone (559) 449-9069
   Facsimile (559) 449-9016
4

5  Attorney for Defendant, MICHAEL HRIZUK

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES GOVERNMENT,    )   CASE # 6:07-mj-00148-WMW
                                )
11         Plaintiff,            )
                                )   STIPULATION TO CONTINUE
12                              )   UNTIL SEPTEMBER 18, 2007
   vs.                          )
13                              )
   MICHAEL HRIZUK,              )
14                              )
           Defendant.           )
15 _____)

16     IT IS HEREBY STIPULATED by and between the Defendant, MICHAEL HRIZUK, his

17 Attorney of record, Carol Ann Moses, and the Legal Officer for the United States Government,

18 ELIZABETH WALDOW, that the Status Conference in the above-captioned matter currently

19 scheduled for September 4, 2007, at 10:00 a.m. be continued until September 18, 2007 at 10:00

20 a.m. to accommodate the litigation schedule of defense counsel..

21

22 Dated: August 20, 2007          By: /s/ Carol Ann Moses
                                        CAROL ANN MOSES
23                                      Attorney for Defendant
                                        MICHAEL HRIZUK
24

25

26 Dated: August 20, 2007          By:  /s/ Elizabeth Waldow
                                        Elizabeth Waldow
27                                      Legal Officer for
                                        United States Government
28

                                     1
STIPULATION TO CONTINUE  STATUS CONFERENCE AND ORDER THEREON

| | |
|---|---|
| 1 | * * * ORDER * * * |
| 2 | The Court, having reviewed the above request for a Continuance of Status Conference |
| 3 | until September 18, 2007 and Order Thereon, HEREBY ORDERS AS FOLLOWS: |
| 4 | 1. The Status Conference Hearing for Defendant, MICHAEL HRIZUK, shall be |
| 5 | continued to September 18, 2007 at 10:00 a.m. |
| 6 | IT IS SO ORDERED. |
| 7 | **Dated:   August 20, 2007           /s/  William M. Wunderlich** |
|   | UNITED STATES MAGISTRATE JUDGE |