1  **CAROL ANN MOSES #164193**
   Attorney at Law
2  545 East Alluvial, Suite #112
   Fresno, California 93720
3  Telephone: (559) 449-9069
   Facsimile: (559) 449-9016
4

5  Attorney for Defendant,
   MICHAEL HRIZUK
6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   CASE # 6:07-MJ-00148-WMW
                                    )
12           *Plaintiff.*           )   MOTION FOR EARLY TERMINATION
                                    )   OF PROBATION
13 v.                               )
                                    )
14 MICHAEL HRIZUK,                  )
                                    )
15           *Defendant.*           )
                                    )
16                                  )

17        DEFENDANT MICHAEL HRIZUK, hereby moves the Court for an order that terminates

18 his probation early, pursuant to 18 United States Code 3564(c).

19                              **PROCEDURAL HISTORY**

20        Defendant HRIZUK was arrested on June 30, 2007 at approximately 2:35 AM, at Curry

21 Village.  HRIZUK was charged with being Under the Influence of Alcohol in a park area, a

22 violation of 36 CFR 2.35( c) and Driving Under the Influence of Alcohol, a violation of 36 CFR

23 4.23(a)(1) and (2).

24        On June 3, 2008, HRIZUK entered a plea of guilty to the amended charge of Unsafe

25 Operation, a violation of 36 CFR 4.22(a).  The other charges were dismissed in light of the plea.

26 The Court ordered HRIZUK to pay $740.00 plus a $10.00 statutory assessment, and placed

27 HRIZUK on six months probation, under the standard conditions. It was further agreed that

28 should HRIZUK attend an on-line traffic school approved by the  Department of Motor Vehicles,

MOTION FOR EARLY
TERMINATION OF PROBATION                    1

within twelve weeks, the Unsafe Operation violation would not be reported to the Department of Motor Vehicles. It was noted that at the time of arrest HRIZUK posted $250.00 bail, which he requested be applied toward the fine which was imposed on June 3, 2008.

HRIZUK completed the on-line traffic school and paid the remainder of the fine as ordered by this Court. He requests an early termination of probation as all terms and conditions of probation have been met. This request is within the discretion of the Court.

## MEMORANDUM OF POINTS & AUTHORITIES

18 United States Code 3564( c) states in part:

> "( c) Early termination. - The court, after considering the factors set forth in section 3553(a) to the extent that they are applicable, may, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, terminate a term of probation previously ordered and discharge the defendant at any time in the case of a misdemeanor or an infraction...if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice."

Essentially one full year passed between the date of arrest and the date of conviction. The charges were negotiated to one traffic infraction (misdemeanor) of Unsafe Operation, which is described in the Code of Federal Regulations as " (a) The elements of this section constitute offenses less serious than reckless driving...," *36 CFR 4.22(a)*. It is customary for this Court to impose no probation for traffic violations, or to impose probation for the time it takes to pay the imposed fine.

In this case, HRIZUK pled guilty to the negotiated charge on June 3, 2008, just shy of one year from the date of arrest. He was ordered to serve 6 months of probation. He argues that he has already served almost six months twice. After sentencing, HRIZUK, immediately enrolled in and completed a DMV approved on-line traffic school (See Attached Certificate of Completion, Exhibit A). HRIZUK had his attorney withdraw funds from her trust account to pay for the remaining portion of his fine. (See Attached Check, Exhibit B).

///
///
///

MOTION FOR EARLY
TERMINATION OF PROBATION                    2

**CONCLUSION**

For the above stated reasons, and in the interest of justice, HRIZUK is hereby requesting the early termination of his probation as all terms and conditions of probation, except the lapse of time, have been completed.

Dated: June 9, 2008                           Respectfully submitted,


By: /s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant
MICHAEL HRIZUK


*** ORDER ***

The Court having reviewed the above request for early termination of probation by Defendant MICHAEL HRIZUK, and the Court being satisfied that all previously ordered terms and conditions of probation have been completed with the exception of the lapse of time, HEREBY ORDERS AS FOLLOWS:

Defendant MICHAEL HRIZUK is hereby discharged from probation and the proceedings in case terminated, in the matter of the *United States of America v Michael Hrizuk*, Case Number # 6:07-mj-00148-WMW.

IT IS SO ORDERED.

Dated:   June 25, 2008                           /s/  William M. Wunderlich
UNITED STATES MAGISTRATE JUDGE